

# Fourth Court of Appeals
## San Antonio, Texas

May 23, 2019

No. 04-19-00208-CV

**J.K. IVEY,**
Appellant

v.

**TODD MARQUARDT LAW FIRM,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI24208
The Honorable Monique Diaz, Judge Presiding

# O R D E R

A notice of bankruptcy has been filed, showing a party to this appeal is in bankruptcy. The notice also states the court in which the bankruptcy proceeding is pending, the bankruptcy proceeding's style and case number, and the date when the bankruptcy petition was filed.

The court takes no action on the filing. We **ORDER** the appeal abated and removed from the court's active docket. *See* TEX. R. APP. P. 8.2; 4th Tex. App. (San Antonio) Loc. R. 4. All motions and other documents pending or filed are abated subject to being re-urged in the event the case is reinstated. The appeal will be reinstated only upon proper motion and proof. *See* TEX. R. APP. P. 8.3(a).

We further **ORDER** the clerk of this court to send copies of this order to the trial court clerk, the court reporter, and the attorneys of record.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court